■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAUL PEREZ, Appellant. [24 NYS3d 906]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Jill Konviser, J.), rendered September 17, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Friedman, Sweeny and Manzanet-Daniels, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LIEM HA, Appellant. [24 NYS3d 515]—Order, Supreme Court, Bronx County (Seth L. Martin, J.), entered on or about June 18, 2014, which adjudicated defendant a level one sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Since it is undisputed that defendant was convicted of an offense under the Uniform Code of Military Justice that is the equivalent of an enumerated sexually violent offense, the court was required to designate him a sexually violent offender (*see People v Bullock*, 125 AD3d 1 [1st Dept 2014], *lv denied* 24 NY3d 915 [2015]). We decline to revisit our holding in *Bullock*. Concur—Mazzarelli, J.P., Friedman, Sweeny and Manzanet-Daniels, JJ.